STERLING ET AL., APPELLEES, *v.* NATIONWIDE INSURANCE COMPANY, APPELLANT.

[Cite as *Sterling v. Nationwide Ins. Co.* (1994), 70 Ohio St.3d 493.]

(No. 93–2010—Submitted August 31, 1994—Decided October 5, 1994.)

---

*Todd O. Rosenberg* and *Arthur M. Elk,* for appellees.

*Paul R. Garlock,* for appellant.

---

The judgment of the court of appeals is affirmed on the authority of *Martin v. Midwestern Group Ins. Co.* (1994), 70 Ohio St.3d 478, 639 N.E.2d 438, decided today.

A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., concurs separately.

WRIGHT, J., dissents for the reasons stated in the dissenting opinions in *Martin v. Midwestern Group Ins. Co.* (1994), 70 Ohio St.3d 478, 485–486, 639 N.E.2d 438, 443.

MOYER, C.J., concurring separately. I concur separately in the judgment entry in the above-styled case. As my dissent in *Martin v. Midwestern Group Ins. Co.* (1994), 70 Ohio St.3d 478, 485, 639 N.E.2d 438, 443, stated, I do not agree with the law announced in the majority decision. Nevertheless, it is the law on the issue in the above-styled case. As I believe all parties should receive equal application of the law announced by this court, and only for that reason, I concur in the judgment entry.